STINSON LLP
Perry L. Glantz (*pro hac vice*)
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 376-8400
Email: perry.glantz@stinson.com

KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant/Counterclaimant
Premier Magnesia, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| L&H INDUSTRIAL, INC.,<br><br>     Plaintiff,<br><br>vs.<br><br>PREMIER MAGNESIA, LLC,<br><br>     Defendant. | Case No. 2:23-cv-00317-CDS-NJK<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| PREMIER MAGNESIA, LLC,<br><br>     Counterclaimant,<br><br>vs.<br><br>L&H INDUSTRIAL, INC.,<br><br>     Counterdefendant. | |

Perry L. Glantz, of the law firm Stinson LLP and as former co-counsel for Premier Magnesia, LLC, hereby respectfully requests that the Court issue an Order withdrawing himself as counsel of record for Premier Magnesia, LLC ("Premier") pursuant to LR IA 11-6. Mr. Glantz no longer represents Premier as of April 30, 2025. Premier continues to be represented by Attorney Bryan P. Rose of Triple L Law, P.C. and Attorneys Robert McCoy and Sihomara L. Graves of Kaempfer Crowell.

DATED: May 8, 2025.

STINSON LLP

*s/ Perry L. Glantz*
Perry L. Glantz (*pro hac vice*)
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202

KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendant/Counterclaimant
Premier Magnesia, LLC

IT IS SO ORDERED.
Dated: May 9, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge