Adam K. Yowell
Nevada Bar No. 11748
Adam.Yowell@fisherbroyles.com
FISHERBROYLES, LLP
5470 Kietzke Ln
Suite 300
Reno, NV 89511
Telephone: (775) 230-7364

Ian R. Walsworth (*admitted pro hac vice*)
Patricia Y. Ho (*admitted pro hac vice*)
FISHERBROYLES LLP
1400 16th Street,
16 Market Square, Suite 400
Denver, Colorado 80202
Phone: (303) 803-6158
E-mail: Ian.Walsworth@fisherbroyles.com
         Patricia.Ho@fisherbroyles.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| L&H INDUSTRIAL, INC., <br><br> Plaintiff <br><br> v. <br><br> PREMIER MAGNESIA, LLC, <br><br> Defendant | Case No.: 2:23-cv-00317-CDS-DJA <br><br> **Order Granting UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PRETRIAL ORDER (FIRST REQUEST)** <br><br> [ECF No. 54] |

    Pursuant to the Court's September 29, 2025 Order (ECF No. 53) and LR IA 6-1, 16-3, and 16-4, Plaintiff L&H Industrial, Inc. ("L&H") moves the Court to extend time for the Parties to file a jointly proposed pretrial order, and in support thereof, respectfully states as follows:

    1.    In its September 29, 2025 Order denying Motion for Summary Judgment on Premier's Counterclaims (ECF No. 53), the Court ordered the parties to file a jointly proposed

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PRE-TRIAL ORDER

1. pretrial order pursuant to LR 16-3 and 16-4 within thirty days. The current deadline to file a proposed pre-trial order is October 29, 2025.

2. L&H requests that the deadline to file a proposed pre-trial order be extended by ninety (90) days, to and including January 28, 2026, for good cause explained below. L&H has conferred with counsel for Defendant/Counterclaim Plaintiff Premier Magnesia, LLC ("Premier"), who does not oppose this motion.

3. There is good cause for this request. Currently, the parties are discussing settlement and scheduling mediation between the parties. These discussions, and the preparation for and attendance at mediation, will likely continue through the end of the year. If an extension is not granted, the parties will necessarily shift their focus to preparing a proposed pre-trial order in this matter, which will require substantial client resources and attorney time that could be directed towards arriving at a settlement in this matter.

4. In addition, shortly before the Order, non-party Martin Marietta acquired Premier, with the acquisition being completed in September 2025. Accordingly, individuals at Martin Marietta will need time to become familiar with the parties' respective claims, the fact discovery that has occurred since 2023, and consider the Court's September 29, 2025 order. After conferring with counsel for Premier, L&H understands that one or more individuals at Martin Marietta will be involved in settlement discussions, who were not involved previously.

5. Accordingly, L&H requests that the deadline to file a jointly proposed pretrial order be extended by ninety days, or to and including January 28, 2026, in order for L&H and Premier/Martin Marietta to conduct meaningful settlement discussions through mediation.

6. There are no other deadlines affected by this Motion. This Motion is made in good faith and not to delay the trial preparation process. This is the Parties' first request for an extension of this deadline.

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PRE-TRIAL ORDER

Wherefore, L&H respectfully requests that the court extend the deadline to file a proposed pre-trial order be extended by ninety days, to and including January 28, 2026.

Dated: October 24, 2025

By:   */s/Patricia Y. Ho*
Adam K. Yowell
Nevada Bar No. 11748
FisherBroyles, LLP
5470 Kietzke Ln
Suite 300
Reno, NV 89511
Telephone: (775) 230-7364
Email: adam.yowell@fisherbroyles.com

Ian R. Walsworth (*admitted pro hac vice*)
Patricia Y. Ho (*admitted pro hac vice*)
FISHERBROYLES LLP
999 18th Street, Suite 3000
Denver, Colorado 80202
Phone: (303) 803-6158
        (303) 875-8709
E-mail: Ian.Walsworth@fisherbroyles.com
        Patricia.Ho@fisherbroyles.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: October 28, 2025