Adam K. Yowell
Nevada Bar No. 11748
Adam.yowell@fisherbroyles.com
FISHERBROYLES, LLP
5470 Kietzke Ln
Suite 300
Reno, NV 89511
Telephone: (775) 230-7364

Ian R. Walsworth (*admitted pro hac vice*)
Patricia Y. Ho (*admitted pro hac vice*)
FISHERBROYLES LLP
1400 16th Street,
16 Market Square, Suite 400
Denver, Colorado 80202
Phone: (303) 803-6158
E-mail: Ian.Walsworth@fisherbroyles.com
         Patricia.Ho@fisherbroyles.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| L&H INDUSTRIAL, INC., <br><br> Plaintiff/Counterdefendant <br><br> v. <br><br> PREMIER MAGNESIA, LLC, <br><br> Defendant/Counterclaimant | Case No.: 2:23-cv-00317-CDS-DJA <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff/Counterdefendant L&H Industrial, Inc. (hereinafter "L&H") and Defendant/Counterclaimant Premier Magnesia, LLC ("Premier"), through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of a separate agreement, hereby stipulate and agree as follows:

JOINT STIPULATION OF DISMISSAL WITH PREJDUICE

(1)     All claims asserted by L&H and all counterclaims asserted by Premier in this action are dismissed with prejudice; and

(2)     All costs and expenses relating to any claims/counterclaims incurred in this action, including attorneys' fees, expert fees, and expenses, shall be borne solely by the party incurring same.

A proposed Order is attached for the Court's convenience.

Dated: December 31, 2025

| By: s/Ian R. Walsworth | By: s/Bryan P. Rose |
|---|---|
| Adam K. Yowell<br>Nevada Bar No. 11748<br>FisherBroyles, LLP<br>5470 Kietzke Ln<br>Suite 300<br>Reno, NV 89511<br>Telephone: (775) 230-7364<br>Email: adam.yowell@fisherbroyles.com<br><br>Ian R. Walsworth (admitted pro hac vice)<br>Patricia Y. Ho (admitted pro hac vice)<br>FISHERBROYLES LLP<br>999 18th Street, Suite 3000<br>Denver, Colorado 80202<br>Phone: (303) 803-6158<br>E-mail: Ian.Walsworth@fisherbroyles.com<br>Patricia.Ho@fisherbroyles.com<br><br>*Attorneys for L&H Industrial, Inc.* | Bryan P. Rose<br>Triple L Law, P.C.<br>25548 Genesee Trail Road<br>Golden, CO 80401<br>bryan@triplellaw.com<br>Phone: (303) 847-0755<br><br>KAEMPFER CROWELL<br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181<br>Email: rmccoy@kcnvlaw.com<br>Email: sgraves@kcnvlaw.com<br><br>*Attorneys for Premier Magnesia LLC* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: January 5, 2026

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

2